Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

August 29, 2019

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court: Kun v. State Bar of California et al, **Case No. 19-03022, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- [X]  Notice of Appeal and Statement of Election
- [X]  Court's Certificate of Mailing
- [X]  Docket Report
- [X]  2 Dismissal Orders being Appealed
- [X]  Filing Fee Paid

If you have any questions, please contact me *at* **415-268-2388**.

Sincerely,

Edward J. Emmons
Clerk of Court

By:___John Bolts_____
**Insert Name, Deputy Clerk**